## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephen Collins, | Civ. No. 22-1320 (WMW/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| J. Fikes, D. Drilling, and J. Best, | |
| Defendants. | |

This matter is before the Court on Plaintiff's "Ex Parte Motion to Appoint Marshal to Serve Summons and Complaint." (Doc. No. 13.) Plaintiff requests that the Court appoint the United States Marshals Service to serve his Summons and Complaint on the Defendants in this matter. (*Id.*) But the Court, per its July 14, 2022 order, has already directed the United States Marshals Service to serve process on Defendants. (Doc. No. 8.) And as of July 15, 2022, a Summons and a copy of Plaintiff's Complaint was issued to Defendants. (Doc. No. 10.) Because Plaintiff's request has already been satisfied, his request is moot. Accordingly, Plaintiff's "Ex Parte Motion to Appoint Marshal to Serve Summons and Complaint," (Doc. No. 13), is **DENIED**.

**SO ORDERED.**

Dated: August 15, 2022

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge